**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

V.                 **CASE NO. 2:20-CR-20017-001**

**MANUEL DE JESUS PEREZ-ECHEVERRIA**                     **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 759) filed in this case on August 12, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for a Reduction of Fine (Doc. 756), Motion for Appointment of Counsel (Doc. 755), and Motion for Sentencing Transcript (Doc. 753) are all **DENIED**.

**IT IS SO ORDERED** on this 30th day of August, 2024.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE